IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KRISTOPHER STEPPS**                                                                                             **PLAINTIFF**

v.                              Case No. 4:21-cv-00986-LPR

**THE BOARD OF TRUSTEES**
**OF THE UNIVERSITY OF ARKANSAS,**
**and THOMAS SCHULZ**
**(in his individual and official capacities)**                                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the Order that was entered today and previous Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that: (1) summary judgment is entered in favor of Defendant Thomas Schulz on Plaintiff's individual-capacity § 1981 and § 1983 discrimination and retaliation claims; and (2) all other claims in this case are dismissed without prejudice.

IT IS SO ADJUDGED this 9th day of July 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE