# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Oct 03, 2024
Tammy H. Downs, Clerk
By: JohnHibbs D.C.
DEP CLERK

No: 24-2636

Kristopher Stepps

Appellant

v.

Board of Trustees of the University of Arkansas and Thomas Shulz, in his individual capacity and in his official capacity

Appellees

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:21-cv-00986-LPR)

**MANDATE**

In accordance with the judgment of September 12, 2024, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 03, 2024

Acting Clerk, U.S. Court of Appeals, Eighth Circuit